UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
REAL, BRYAN WAYNE § Case No. 06-11241
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/19/2013 in Courtroom 240,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
 §
REAL, BRYAN WAYNE  § Case No. 06-11241
 §
 Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 85,117.87 |
| and approved disbursements of | $ 11,716.93 |
| leaving a balance on hand of[1] | $ 73,400.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 7,505.89 | $ 0.00 | $ 7,505.89 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 10,137.50 | $ 10,137.50 | $ 0.00 |
| Attorney for Trustee Expenses: Springer Brown, LLC | $ 317.86 | $ 317.86 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 75.14 | $ 75.14 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 7,505.89 |
| Remaining Balance | | | $ 65,895.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,351,234.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Netbank Business Finance | $ 205,391.18 | $ 0.00 | $ 5,756.24 |
| 2 | Chase Bank USA, N.A. | $ 39,312.52 | $ 0.00 | $ 1,101.76 |
| 3 | US Bancorp Manifest Funding Services | $ 92,693.06 | $ 0.00 | $ 2,597.79 |
| 4 | CHASE BANK USA, NA | $ 8,586.60 | $ 0.00 | $ 240.65 |
| 5 | Wells Fargo | $ 703,853.79 | $ 0.00 | $ 19,726.01 |
| 6 | Harris NA | $ 1,301,397.18 | $ 0.00 | $ 36,472.60 |
| | Total to be paid to timely general unsecured creditors | | $ | 65,895.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                            Case No. 06-11241-CAD
Bryan Wayne Real                                                  Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 2                  Date Rcvd: Nov 20, 2013
                               Form ID: pdf006              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2013.
db          +Bryan Wayne Real,    18N341 Northwind Lane,    Dundee, IL 60118-9550
10906081    +1925 Holmes Rd LLC,    1141 E. Main St, Suite 100,    Attn: Kurt Kresmery,    Dundee, IL 60118-2440
10906082     Bank of America,    P.O. Box 5270,   Carol Stream, IL 60197-5270
14361643     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
10906083     Citi Mortgage, Inc.,    P.O. Box 183040,    Columbus, OH 43218-3040
10906080    +Food Concept Developers, Inc.,    c/o Roy Safanda, Trustee,    111 Eastside Drive,
              Geneva, IL 60134-2402
11189616    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4037
             (address filed with court: Harris NA,    c/o Heather Turf,    111 W Monroe Street,
              Chicago, IL 60603)
10906084    +Harris Bank,    115 S. LaSalle St. - 12 West,    Chicago, IL 60603-3801
10906086    +Harris Bk Barrington, TUTA 11-5653,     1141 E. Main St, Suite 100,    Dundee, IL 60118-2440
10906087    +Litton Loan Services,    C/O Pierce & Associates, P.C.,    18 South Michigan Avenue,
              Chicago, IL 60603-3200
10906088     Lyon Financial Services, Inc. dba,    Manifest Funding Services, Inc.,
              Kevin K Stroup,    300 O'Connell St,    Marshall, MN 56258
10906089    +Netbank Business Finance,    c/o Ken Drost,    111 W Lions Dr,    Barrington, IL 60010-3182
10906090    +Susanne Real,    18N341 Northwind Ln,    Dundee, IL 60118-9550
11082732    +US Bancorp Manifest Funding Services,    Attn: Corporate Attorney,    1450 Channel Parkway,
              Marshall, MN 56258-4005
10906092     Visa,   Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
10906091    +Visa,   Credit Card Services,    P.O. Box 94014,    Palatine, IL 60094-4014
10906093    +Wells Fargo Equipment Finance, Inc,    c/o Adam B Rome,    Levenfeld Pearlstein, LLC,
              2 N LaSalle, Suite 1300,    Chicago, IL 60602-3709
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11068711    +E-mail/Text: bncmail@w-legal.com Nov 21 2013 01:19:27     Chase Bank USA, N.A.,
              c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
                                                                                             TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10906085*   +Harris Bank,   115 S. LaSalle St, 12 West,   Chicago, IL 60603-3801
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
          Arthur W Rummler    on behalf of Trustee Thomas E Springer arthur.rummler@gmail.com,
           artrummler@juno.com
          Elizabeth A. Bates    on behalf of Plaintiff Thomas E Springer, Trustee ebates@springerbrown.com
          G. Alexander McTavish    on behalf of Debtor Bryan Wayne Real amctavish@fmcolaw.com
          Michael T. Benz    on behalf of Creditor   Harris N.A. benz@chapman.com, eickmann@chapman.com
          Michele M Springer    on behalf of Plaintiff Thomas E Springer, Trustee
           mspringer@springerbrown.com, marigonzo@springerbrown.com
          Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert V Schaller    on behalf of Defendant   United Food Group, Inc. SchallerLawFirm@gmail.com,
           usbc2007@gmail.com,slfecfmail@gmail.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
```

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Nov 20, 2013
                              Form ID: pdf006           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                                                            TOTAL: 10