UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
REAL, BRYAN WAYNE                   §      Case No. 06-11241
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter      on            . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURE | | | | | |
| International Sureties, Ltd. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| Springer Brown, Llc | | | | | |
| Springer Brown, Llc | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank Usa, N.A. | | | | | |
| 4 | Chase Bank Usa, Na | | | | | |
| 6 | Harris Na | | | | | |
| 1 | Netbank Business Finance | | | | | |
| 3 | Us Bancorp Manifest Funding Service | | | | | |
| 5 | Wells Fargo | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-11241 DRC Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REAL, BRYAN WAYNE | Date Filed (f) or Converted (c): | 09/08/06 (f) |
| | | 341(a) Meeting Date: | 10/23/06 |
| For Period Ending: | 02/17/15 | Claims Bar Date: | 03/05/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Undivided one half interest<br>18N341 Northwind Lane<br>West Dundee, IL 60118<br>Trustee investigated all real estate transfers for potential fraudulent transfers. No fraudulent transfers found.<br>Liens on real estate exceed fair market value | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. Undivided on half interest<br>3281 Saddleridge Drive<br>St. Charles, MO 63301<br>Trustee verified balance on mortgage and verified fair market value of property ($230,000.00); Liens and costs of sale exceed fair market value of property | 115,000.00 | 0.00 | | 0.00 | FA |
| 3. One half interest<br>Miscellaneous furniture and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 5. One half interest<br>Term Policy #40032182<br>Phoenix Life Insuranc eCo.<br>Insured -- Bryan Real<br>Beneficiay -- Susanne Real | 0.00 | 0.00 | | 0.00 | FA |
| 6. One half interest Term Policy #40032183<br>Phoenix Life Insurance Co.<br>Insured -- Susanne Real<br>Beneficiary -- Bryan Real | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) Account<br>John Hancock Company<br>P.O. Box 2495 | 7,184.39 | 0.00 | | 0.00 | FA |

LFORM1
Ver: 18.03b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No.: | 06-11241    DRC    Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REAL, BRYAN WAYNE | Date Filed (f) or Converted (c): | 09/08/06 (f) |
| | | 341(a) Meeting Date: | 10/23/06 |
| | | Claims Bar Date: | 03/05/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Carol Stream, IL 600132<br>Group Contract Number 10626<br>Account No. is the same as the debtor's Social Security number | | | | | |
| 8. 100% of the common stock of Food Concept<br>Developers, Inc., and Illinois corporations Company is the debtor in Case No. 05-48522 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Amount due from Heritage Coffee Co., Ltd., a<br>Canadian corporation, pursuant to an agreement dated October 26, 2005, under which Bryan Real sold 40 shares (representing a 20% interest) of Unified Packaging Limited, a Canadian corporation to Heritage.  Total purchase was $100,000.  $50,000 paid on October 26, 2005 by setting off a loan in that amount due from Bryan Real to Heritage.<br>11/15/07--Order entered approving compromise of $40,000.00. | 50,000.00 | 50,000.00 | | 40,000.00 | FA |
| 10. One half interest<br>Note receivable from United Food Group, Inc.  Principal and interest due and payable on December 31, 2010.  Trustee has made an offer to United Food Group to pay the note in a reduced amount before its due in 2010.  United Food Group advised the Trustee that it is newer company and does not have the available cash or means to buy-out the Trustee's interest. | 156,363.51 | 156,363.51 | | 45,000.00 | FA |
| 11. One half interest<br>Claim agains Food Concept Developers, Inc.<br>Debtor in bankruptcy case No. 05-48522<br>Face amount of total claim $1,146,234<br>Debtor filed POC in corporate bankruptcy 2/27/06.  Corporate bankruptcy closed 12/24/08 with no distributions to unsecured claims. | Unknown | 0.00 | | 0.00 | FA |
| 12. Minor income interest as a beneficiary of the | 0.00 | 0.00 | | 0.00 | FA |

LFORM1                                                                                                                                                                                                         Ver: 18.03b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | |  | | |
|---|---|---|---|---|
| Case No: | 06-11241   DRC   Judge: Donald R. Cassling | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REAL, BRYAN WAYNE | | Date Filed (f) or Converted (c): | 09/08/06 (f) |
| | | | 341(a) Meeting Date: | 10/23/06 |
| | | | Claims Bar Date: | 03/05/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Sikes Bypass Trust, Bryan Real's grandfather Acct #0482140802 Bank One Trust Co., NA, Trustee 201 N. Central Ave Phoenix, AZ 85004 Contact: Sandy Patterson Listed for disclosure purposes only.  Trust provides that beneficiary's interest is not subject to the claims of creditors Trustee has reviewed Trust.  True spendthrift trust, unless Agnes Sikes passes away and then trust shall be liquidated. | | | | | |
| 13. Patent -- Power Auto Fill | 0.00 | 0.00 | | 0.00 | FA |
| 14. 1994 Lincoln Mark VIII | 2,200.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 117.87 | Unknown |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $808,747.90 | $206,363.51 | $85,117.87 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Note in the amount of $156,363.51 with United Food Group was due December 31, 2010.  Trustee  filed adverary proceeding
April, 2012.  Adversary settled for total of $45,000 payable in two installments.  Final installment received 7/26/13.

Initial Projected Date of Final Report (TFR): 03/15/11   Current Projected Date of Final Report (TFR): 11/15/13

LFORM1
**UST Form 101-7-TDR (10/1/2010)** (Page: 8)

Ver: 18.03b

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-11241 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REAL, BRYAN WAYNE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9247 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 39,430.56 | | 39,430.56 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.88 | 39,408.68 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.11 | 39,383.57 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.28 | 39,359.29 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.07 | 39,334.22 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.47 | 39,275.75 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-000 | | 41.92 | 39,233.83 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.74 | 39,181.09 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.29 | 39,122.80 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.28 | 39,066.52 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.08 | 39,008.44 |
| 06/13/13 | 10 | United Food Group, Inc. P.O. Box 617 West Dundee, IL 60118 | Installment payment on settlement per Court Order entered 6/13/13. | 1121-000 | 15,000.00 | | 54,008.44 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.07 | 53,939.37 |
| 07/26/13 | 10 | United Food Group, Inc. P.O. Box 617 West Dundee, IL 60118 | Final Installment Payment on Settlement per Court Order entered 6/13/13. | 1121-000 | 30,000.00 | | 83,939.37 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.07 | 83,856.30 |
| 11/12/13 | 100001 | Springer Brown, LLC Wheaton Executive Center 400 South County Farm Road Suite 330 Wheaton, IL 60187 | | | | 10,455.36 | 73,400.94 |
| | | | Fees           10,137.50 | 3110-000 | | | |

Page Subtotals   84,430.56   11,029.62

Ver: 18.03b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 06-11241 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | REAL, BRYAN WAYNE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9247  CHECKING ACCOUNT |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses         317.86 | 3120-000 | | | |
| 01/03/14 | 100002 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 7,505.89 | 65,895.05 |
| 01/03/14 | 100003 | Netbank Business Finance<br>c/o Ken Drost<br>111 W Lions Dr<br>Barrington, IL 60010 | Claim 1, Payment 2.80257% | 7100-000 | | 5,756.24 | 60,138.81 |
| 01/03/14 | 100004 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 2, Payment 2.80257% | 7100-000 | | 1,101.76 | 59,037.05 |
| 01/03/14 | 100005 | US Bancorp Manifest Funding Services<br>Attn: Corporate Attorney<br>1450 Channel Parkway<br>Marshall, MN 56258 | Claim 3, Payment 2.80257% | 7100-000 | | 2,597.79 | 56,439.26 |
| 01/03/14 | 100006 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 4, Payment 2.80262% | 7100-000 | | 240.65 | 56,198.61 |
| * 01/03/14 | 100007 | Wells Fargo<br>Attn: Michael Vanadia<br>530 5th Ave, 15th Fl<br>New York, NY 10036 | Claim 5, Payment 2.80257% | 7100-004 | | 19,726.01 | 36,472.60 |
| * 01/03/14 | 100007 | Wells Fargo<br>Attn: Michael Vanadia<br>530 5th Ave, 15th Fl<br>New York, NY 10036 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -19,726.01 | 56,198.61 |
| 01/03/14 | 100008 | Harris NA<br>c/o Heather Turf | Claim 6, Payment 2.80257% | 7100-000 | | 36,472.60 | 19,726.01 |

Page Subtotals      0.00      53,674.93

Ver: 18.03b

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-11241 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REAL, BRYAN WAYNE | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9247 CHECKING ACCOUNT |
| Taxpayer ID No: | *******5956 |  |  |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/14 | 100009 | 111 W Monroe Street<br>Chicago, IL 60603<br>Wells Fargo<br>c/o Adam Rome<br>Levenfeld Pearlstein, LLC<br>2 N. LaSalle, Suite 1300<br>Chicago, IL 60602 | Claim 5, payment 2.80257% | 7100-000 |  | 19,726.01 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 84,430.56 | 84,430.56 | 0.00 |
| Less: Bank Transfers/CD's | 39,430.56 | 0.00 |
| Subtotal | 45,000.00 | 84,430.56 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 45,000.00 | 84,430.56 |

Page Subtotals    0.00    19,726.01

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Page: 4
Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11241 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | REAL, BRYAN WAYNE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1342  MONEY MARKET |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/07 | 9 | Heritage Coffee Co. LTD.  97 Bessemer Rd., Unit 5  London, Ontario N6E 1P9 | Compromise of controversy pursuant to Order approving settlement dated 11/15/07 | 1129-000 | 40,000.00 | | 40,000.00 |
| 12/31/07 | 15 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 11.24 | | 40,011.24 |
| 01/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 15.85 | | 40,027.09 |
| 02/29/08 | 15 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 9.51 | | 40,036.60 |
| 03/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 9.46 | | 40,046.06 |
| 04/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 8.21 | | 40,054.27 |
| 05/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 5.08 | | 40,059.35 |
| 06/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.93 | | 40,064.28 |
| 07/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 5.09 | | 40,069.37 |
| 08/29/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 5.08 | | 40,074.45 |
| 09/30/08 | 15 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 4.94 | | 40,079.39 |
| 10/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 3.89 | | 40,083.28 |
| 11/28/08 | 15 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 3.28 | | 40,086.56 |
| 12/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 2.02 | | 40,088.58 |
| 01/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,088.92 |
| 02/09/09 | 001000 | International Sureties, Ltd  Suite 420  701 Poydras St.  New Orleans, LA 70139 | Bond Payment Allocation  Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 31.73 | 40,057.19 |
| 02/27/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.31 | | 40,057.50 |
| 03/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,057.84 |
| 04/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.88 | | 40,058.72 |
| 05/29/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,059.73 |
| 06/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,060.72 |
| 07/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,061.74 |
| 08/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,062.76 |

Page Subtotals  40,094.49  31.73

Ver: 18.03b

LFORM24

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11241 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | REAL, BRYAN WAYNE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1342  MONEY MARKET |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,063.75 |
| 10/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,064.77 |
| 11/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,065.76 |
| 12/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,066.78 |
| 01/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,067.80 |
| 02/09/10 | 001001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 36.68 | 40,031.12 |
| 02/26/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.92 | | 40,032.04 |
| 03/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,033.07 |
| 04/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,034.06 |
| 05/28/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,035.07 |
| 06/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,036.07 |
| 07/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,037.09 |
| 08/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,038.11 |
| 09/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,039.10 |
| 10/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,040.11 |
| 11/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,041.10 |
| 12/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,042.12 |
| 01/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,043.14 |
| 02/28/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.31 | | 40,043.45 |
| 03/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,043.79 |
| 04/26/11 | 001002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 33.22 | 40,010.57 |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,010.90 |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,011.24 |

Page Subtotals        18.38        69.90

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11241 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | REAL, BRYAN WAYNE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1342  MONEY MARKET |
| Taxpayer ID No: | *******5956 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,011.57 |
| 07/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,011.91 |
| 08/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,012.25 |
| 09/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 40,012.58 |
| 10/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 40,012.92 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 50.97 | 39,961.95 |
| 11/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,962.28 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 49.27 | 39,913.01 |
| 12/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,913.35 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 49.21 | 39,864.14 |
| 01/31/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,864.48 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 52.28 | 39,812.20 |
| 02/15/12 | 001003 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 39.62 | 39,772.58 |
| 02/29/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,772.90 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.31 | 39,725.59 |
| 03/30/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,725.93 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.84 | 39,677.09 |
| 04/30/12 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.33 | | 39,677.42 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 50.41 | 39,627.01 |
| 05/31/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,627.35 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 50.35 | 39,577.00 |
| 06/29/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,577.32 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.04 | 39,530.28 |
| 07/31/12 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,530.62 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 51.84 | 39,478.78 |
| 08/31/12 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 39,479.10 |
| | | | Page Subtotals | | 5.00 | 537.14 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-11241 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | REAL, BRYAN WAYNE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1342  MONEY MARKET |
| Taxpayer ID No: | *******5956 | | |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 48.54 | 39,430.56 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 39,430.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 40,117.87 | 40,117.87 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,430.56 | |
| Subtotal | 40,117.87 | 687.31 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 40,117.87 | 687.31 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| CHECKING ACCOUNT - ********9247 | 45,000.00 | 84,430.56 | 0.00 |
| MONEY MARKET - ********1342 | 40,117.87 | 687.31 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 85,117.87 | 85,117.87 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    39,479.10

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*